# United States Court of Appeals

## FOR THE EIGHTH CIRCUIT

_____

No. 07-1284

_____

James Widtfeldt; James Widtfeldt
Trust,

    Appellants,

  v.

Ed Schafer,[1] in his capacity as Secretary
of the United States Department of
Agriculture; United States Department
of Agriculture; Monte Fletcher, in his
official capacity as Holt County
Executive Director of the United States
Farm Service Agency, an Agency of
the United States Department of
Agriculture; Richard Kilmurry; Bonny
Kilmurry; Hilger Brothers Partnerships;
Gary A. Burival; Joyce A. Burival;
Edwin Burival,

    Appellees.

\*
\*
\*
\*
\*
\*
\*
\*
\*
\*
\*
\*
\*
\*
\*
\*
\*
\*
\*
\*
\*

 Appeal from the United States
 District Court for the
 District of Nebraska.

 [UNPUBLISHED]

_____

Submitted: August 29, 2008
   Filed: September 4, 2008

_____

---

[1]Ed Schafer has been appointed to serve as the Secretary of the United States
Department of Agriculture, and is substituted as an appellee pursuant to Federal Rule
of Appellate Procedure 43(c).

Before WOLLMAN, SMITH, and GRUENDER, Circuit Judges.
_____

PER CURIAM.

James Widtfeldt appeals the district court's[2] adverse grant of summary judgment in this action for declaratory and injunctive relief under the Administrative Procedure Act (APA), 5 U.S.C. § 706(1) & (2), challenging an order of the United States Department of Agriculture (USDA), which found him ineligible for federal farm subsidies for the years 2000 and 2001 and required him to refund approximately $29,000 in payments he received for those years. Upon de novo review, we agree with the district court that the USDA's decision was not arbitrary, capricious, an abuse of discretion, or otherwise inconsistent with the law. See Voyageurs Nat'l Park Ass'n v. Norton, 381 F.3d 759, 763 (8th Cir. 2004) (appellate standard of review and applicable legal standard under APA). Accordingly, the judgment of the district court is affirmed. See 8th Cir. R. 47B.

_____

_____

[2]The Honorable Joseph F. Bataillon, Chief Judge, United States District Court for the District of Nebraska.